1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MICHAEL C. HESTER,                )    NO. CV 10-7854-JVS(E)
                                      )
12          Plaintiff,                )
                                      )
13      v.                            )    ORDER ACCEPTING FINDINGS,
                                      )
14  LEE BACA, SHERIFF'S DEPT.,        )    CONCLUSIONS AND RECOMMENDATIONS
    et al.,                           )
15                                    )    OF UNITED STATES MAGISTRATE JUDGE
            Defendants.               )
16  _____)

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Complaint, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  The Court accepts

21  and adopts the Magistrate Judge's Report and Recommendation.

22

23       IT IS ORDERED that: (1) Plaintiff's Motion for Summary Judgment

24  is denied; (2) Defendants' Motion for Summary Judgment is granted; and

25  (3) Judgment shall be entered in favor of Defendants.

26  ///

27  ///

28  ///

1      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2 this Order and the Judgment of this date on the Plaintiff and counsel

3 for Defendants.

4

5        DATED: July 11, 2012

6

7

8                     _____

9                         JAMES V. SELNA
                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28