**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL C. HESTER, | ) | NO. CV 10-7854-JVS(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LEE BACA, SHERIFF'S DEPT., et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that: (1) Plaintiff's Motion for Summary Judgment is denied; (2) Defendants' Motion for Summary Judgment is granted; and (3) Judgment is entered in favor of Defendants.

DATED: July 11, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE